UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
JACQUAR STOKES,                     :
                                    :    No. 20-cv-2906 (NLH)
            Petitioner,             :
                                    :
      v.                            :    MEMORANDUM OPINION
                                    :
                                    :
NEW JERSEY                          :
DEPARTMENT OF CORRECTIONS,          :
                                    :
            Respondent.             :
_____ :

   IT APPEARING THAT:

   1.   Petitioner Jacquar Stokes filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  ECF No. 1.

   2.   On September 8, 2020, mail sent to Petitioner's address of record at CFCF in Philadelphia, Pennsylvania was returned as undeliverable.  ECF No. 8.

   3.   The Notice mailed to Petitioner's address of record has been returned to sender with the envelope marked "Return to Sender, Attempted – Not known, Unable To Forward."  Id. at 2.  A handwritten notation on the envelope indicated Petitioner had been "paroled."  Id.

   4.   Petitioner has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented

1

parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. Based on Petitioner's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case.

6. Petitioner may reopen this matter by submitting his new contact information to the Court.

7. The Clerk shall be directed to reopen this matter upon receipt of Petitioner's new address.

8. An appropriate order follows.


Dated: September 23, 2020      s/ Noel L. Hillman
At Camden, New Jersey      NOEL L. HILLMAN, U.S.D.J.