UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JACQUAR STOKES,                          1:20-cv-2906 (NLH)

                Petitioner,       **MEMORANDUM OPINION & ORDER**

      v.

NEW JERSEY DEPARTMENT OF
CORRECTIONS,

                Respondents.

---

**APPEARANCES**:

Jacquar Stokes
824841
CFCF
7901 State Rd.
Philadelphia, PA 19136

    Petitioner pro se

**HILLMAN, District Judge**

    WHEREAS, Jacquar Stokes submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, on September 8, 2020, mail addressed to Petitioner was returned as undeliverable, see ECF No. 8; and

    WHEREAS, the Court administratively terminated the proceedings under Local Civil Rule 10.1 on September 23, 2020, see ECF No. 10; and

    WHEREAS, Petitioner has confirmed his current address with the Clerk, see ECF No. 11,

THEREFORE, IT IS on this  2nd  day of October, 2020

ORDERED that the Clerk shall reopen this matter; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner and the Burlington County Prosecutor's Office by regular mail.


                                     s/ Noel L. Hillman
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.